02-10-15

713-567-9521

⌀AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____Texas_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PARRA-LOZA, Mario Alberto | **CRIMINAL COMPLAINT**<br><br>United States Courts<br>Southern District of Texas<br>FILED<br>FEB 1 0 2015<br>David J. Bradley, Clerk of Court<br><br>Case Number:<br>**H15 - 138 M** |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.

On or about  February 08, 2015  in  Harris  County, in the  Southern  District of  Texas  defendant(s) did,
    _(Date)_

willfully and knowingly made an oral false claim to United States Citizenship, with the intent to gain admission into the United States, and knowingly made false statements in U.S. passport application with the intent to induce or secure the issuance of a passport under the authority of the United States,

in violation of Title  18  United States Code, Section(s)  911 and Title 18 United States Code, Section 1542.

I further state that I am a(n)  Customs & Border Protection Enforcement Officer  and that this complaint is based on
                                                    Official Title
the following facts:

See attached Affidavit in support of Criminal Complaint.


Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Guajardo, Fernando
_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

__February 11, 2015__    at        Houston, Texas
Date                                                            City State


Stephen Wm. Smith        United States Magistrate Judge

_____                    _____
Name of Judge            Title of Judge                       Signature of Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Fernando Guajardo, being duly sworn, depose and state as follows:

1. I am an Enforcement Officer with Customs and Border Protection. I am currently assigned to the George Bush Intercontinental Airport in Houston, Texas and have been an officer for over eight years. My duties include conducting investigations of alleged violations of criminal laws pertaining to human trafficking, smuggling controlled substances, other contraband and/or fraudulent documents.

2. This affidavit is submitted in support of a complaint charging PARRA-LOZA, Mario Alberto with False Claim to United States Citizenship in violation of Title 18 United States Code, Section 911, and False Statement in Application and use of passport in violation of Title 18 United States Code 1542.

3. The facts and information contained in this affidavit are based upon my personal knowledge, the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the defendant or defendants are listed below.

4. On February 08, 2015, an individual identifying himself as PARRA-LOZA, Mario Alberto applied for admission into the United States at the George Bush Intercontinental Airport, Houston, Texas, following his arrival from Guadalajara, Mexico, on United Airlines flight 335. As proof of identity, the individual presented a Mexican Passport bearing the number, XXXXXXXX502, DOB 10/05/1985, with place of birth listed as Zapopan, Jalisco, Mexico, and a United States Border Crossing Card. PARRA-LOZA, Mario Alberto was admitted into the United States. PARRA-LOZA, Mario Alberto was questioned in baggage control by CBPO Saldana, Henry regarding his previous overstay in the United States. At this time the individual claimed that he was a United States Citizen born here in Houston, Texas. At this point the subject was escorted back to passport control secondary (Correa V. Thornburgh). The individual was then requested to show proof that he was born in Texas. At approximately 2012 hours a fax was received from his brother (Parra, Ignacio) which revealed a State of Texas birth certificate in the name of PARRA, Mario Alberto, DOB 03/29/1986, POB Houston, Texas.

5. CBP queries revealed that PARRA-LOZA had attempted to obtain three United States passport, but were all denied by the U.S. Department of State, due to fraud.

1

- On or about September 09, 2010, PARRA-LOZA, Mario Alberto, submitted form DS-11 to the Department of State, U. S. Passport Agency, in the name of PARRA, Mario Alberto signed the application affirming that all the information provided in the application is true and correct. U.S. passport was never issued.

- On or about September 27, 2010, PARRA-LOZA, Mario Alberto, submitted form DS-11 to the Department of State, U. S. Passport Agency, in the name of PARRA, Mario Alberto signed the application affirming that all the information provided in the application is true and correct. U.S. passport was never issued.

- On or about January 18, 2012, PARRA-LOZA, Mario Alberto, submitted form DS-11 to the Department of State, U. S. Passport Agency, in the name of PARRA, Mario Alberto signed the application affirming that all the information provided in the application is true and correct. U.S. passport was never issued.

6. When PARRA-LOZA was confronted with this information he then admitted that he was born in Mexico and that the Texas birth certificate was fraudulently obtained.

7. At approximately 12:30AM subject was read his Miranda Warnings in the English language by SCBPO Beall, Christopher and elected to answer questions without an attorney present. PARRA-LOZA freely admitted his true name, date of birth, place of birth, and how he had obtained a Texas birth certificate. The individual stated: that his true name is PARRA-LOZA, Mario Alberto, DOB 10/05/1985, POB Zapopan, Jalisco Mexico, and that when he was five months old a friend of the family named "Jesus" had helped his family obtain Texas birth certificate so he could attend school in the U.S. The individual also admitted that he had obtained three copies of the birth certificate and also applied for a Texas driver's license. The individual also claimed that he is employed by Merrill Lynch in Dallas, Texas and that his employment position is Investment Banker.

8. Based on the foregoing, I believe there is probable cause to conclude that on February 08, 2015 PARRA-LOZA, Mario Alberto did violate Title 18 United States Code, Section 911, False Claim to United States Citizenship, with the intent, to gain admission into the United States, and did violate Title 18 United States Code, Section 1542, False Statement in Application and use of passport, with the intent to induce or secure the issuance of a passport.

Fernando Guajardo
Enforcement Officer
U.S. Customs Border Protection

Sworn and subscribed before me this 11th day of February and I find probable cause.

2

3

Stephen Wm. Smith
U.S. Magistrate Judge

3